UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND M. DOUGLAS,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF SACRAMENTO, et al.,<br><br>      Defendants. | No. 2:16-cv-0375 MCE AC (PS)<br><br><br><br>ORDER TO SHOW CAUSE WHY CASES<br>SHOULD NOT BE CONSOLIDATED |
| RAYMOND M. DOUGLAS,<br><br>      Plaintiff,<br><br>   v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>      Defendants. | No. 2:16-cv-0415 MCE AC (PS) |

In both of the above-captioned cases, plaintiff alleges that on March 31, 2015 at about 10:30 a.m., he was subjected to excessive force and an unlawful search, by both a City of Sacramento Police Officer and a County of Sacramento Deputy Sheriff. Douglas v. City of

1

Sacramento, 16-cv-0375, ECF No. 10 ("City Complaint") (E.D. Cal. May 23, 1016); Douglas v. County of Sacramento, 16-cv-0415, ECF No. 9 ("County Complaint") (E.D. Cal. May 23, 2016). Plaintiff additionally alleges that he was arrested by the Deputy Sheriff.

Plaintiff has sued the County and the Deputy Sheriff in the County Complaint, and he has sued the City and the Police Officer in the City Complaint. The cases have already been "related" to each other under E.D. Cal. R. ("Local Rule") 123(a).

Accordingly, IT IS HEREBY ORDERED that the parties shall show cause, in writing, no later than 30 days from the date of this order, why these cases should not be consolidated under Fed. R. Civ. P. 42(a).

DATED: July 27, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2