UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND M. DOUGLAS,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>  Defendants. | No.  2:16-cv-0415 MCE AC (PS)<br><br><br>ORDER |
| RAYMOND M. DOUGLAS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SACRAMENTO, et al.<br><br>  Defendants. | No. 2:16-cv-0375 MCE AC (PS) |

Plaintiff is proceeding in these actions pro se.  The actions were referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).  The actions were related to each other on April 29, 2016.

The first-referenced action, 16-cv-0415, was set for a Status (Pretrial Scheduling) Conference on October 19, 2016.  However, no party has filed the status report required by the

1

order scheduling the conference. The second-referenced action, 16-cv-0375, has not yet been set for a scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 19, 2016 scheduling conference in 16-cv-0415 is VACATED;

2. Both cases are hereby SET for a joint Status (Pretrial Scheduling) Conference on November 16, 2016, at 10:00 a.m., before the undersigned. The instructions set forth in the scheduling conference order in 16-cv-0415, ECF No. 8, apply to the upcoming scheduling conference.

3. The parties are cautioned that failure to timely file status reports or to otherwise comply with the above-referenced scheduling conference order may result in sanctions, including a recommendation for dismissal or judgment.

DATED: October 13, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE