1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   RAYMOND M. DOUGLAS,                    No.  2:16-cv-0415 MCE AC (PS)

11          Plaintiff,

12      v.                                  ORDER

13   COUNTY OF SACRAMENTO, et al.,

14          Defendants.

15   _____

16   RAYMOND M. DOUGLAS,                    No. 2:16-cv-0375 MCE AC (PS)

17          Plaintiff,

18      v.

19   CITY OF SACRAMENTO, et al.

20          Defendants.

21

22       Plaintiff is proceeding in these actions pro se.  The actions were referred to the

23   undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).  The actions were related to each other on

24   April 29, 2016.

25                          I.  SERVICE

26       Both actions were set for an initial status conference on December 14, 2016.  No

27   defendant has made an appearance, and there is no indication that any defendant has yet been

28

                                    1

1    served with process.  However, plaintiff has filed the required documents showing that he has

2    provided the U.S. Marshal with the materials needed to effect service in both cases.  The court

3    will therefore continue the joint status conference for 90 days, to give the U.S. Marshal sufficient

4    time to serve process, and for defendants to respond and to prepare for the conference.

5                                II.  OPERATIVE COMPLAINT

6            On August 23, 2016, plaintiff filed Third Amended Complaints in both cases.  See

7    Douglas v. City of Sacramento, 2:16-cv-0375, ECF No. 19; Douglas v. County of Sacramento,

8    2:16-cv-0415, ECF No. 17.  These amended complaints will be stricken from the docket, because:

9    (1) in neither case did plaintiff obtain the required leave to file an amended complaint, see Fed. R.

10   Civ. P. 15(a)(2); and (2) in both cases, the amended complaints assert federal claims against

11   municipal defendants, even though those claims were previously dismissed from the cases with

12   prejudice, and the municipal defendants were dismissed without prejudice to renewal of the state

13   claims against them in an appropriate state forum.

14           Accordingly, the operative complaint in each case is the "Second Amended Complaint,"

15   filed on May 25, 2016 in both cases.

16                                  III.  CONCLUSION

17           For the reasons set forth above, IT IS HEREBY ORDERED that:

18       1.  The December 14, 2016 joint Status (Pretrial Scheduling) Conference is CONTINUED to

19           March 15, 2017, at 10:00 a.m., before the undersigned.  The instructions set forth in the

20           scheduling conference order in 16-cv-0375, ECF No. 24 ¶¶ 4-6, apply to both cases.

21       2.  The parties are cautioned that failure to timely file status reports or to otherwise comply

22           with the above-referenced scheduling conference order may result in sanctions, including

23           a recommendation for dismissal or judgment.

24       3.  The Third Amended Complaint in Douglas v. City of Sacramento, 2:16-cv-0375 (ECF

25           No. 19), is ordered STRICKEN from the docket;

26   ////

27   ////

28   ////

1    4. The Third Amended Complaint in <u>Douglas v. County of Sacramento</u>, 2:16-cv-0415 (ECF

2       No. 17), is ordered STRICKEN from the docket.

3    DATED: December 9, 2016

4                                         _____

                                          ALLISON CLAIRE

5                                         UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28